BARAK J. BERLIN (SBN: 216115)
Law Offices of Barak Berlin
Barak@BerlinLawGroup.com
27349 Jefferson Ave, Ste 208
Temecula, CA 92590
Telephone: (951) 296-6188
Facsimile: (951) 296-6187

DANIEL A. EDELMAN (Ill. 0712094)
dedelman@edcombs.com
JAMES O. LATTURNER (Ill. 1588095)
jlatturner@edcombs.com
CASSNDRA P. MILLER (Ill. 6290238)
cmiller@edcombs.com
EDELMAN COMBS LATTURNER & GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| GLENN WURDEMANN, for himself and all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST NATIONAL COLLECTION BUREAU INC., et. al.,<br><br>　　　　　Defendants. | Case No. 5:14-cv-02075-VAP (SPX)<br>**DISCOVERY MATTER**<br>**DECLARATION OF CASSANDRA P. MILLER IN SUPPORT OF PLAINTIFF'S *EX-PARTE* MOTION TO COMPEL THE APPEARANCE OF MEGHAN EMMERICH AND FOR SANCTIONS**<br>*IMMEDIATE RELIEF REQUESTED*<br>**Noticed Before:** Magistrate Judge Sheri Pym<br>**Date and Time:** September 29, 2015 10:00 AM<br>**Courtroom: 3rd Floor**<br>**Complaint Filed:** October 9, 2014<br>**Class Discovery cutoff**: September 15, 2015<br>**Pretrial Conference date:** None set<br>**Trial date:** None set<br>**RESPONSE DUE WITHIN 24 HRS** |

I, Cassandra P. Miller, declare:

1. I am an attorney licensed to practice law in the State of Illinois. On April 28, 2015 the Court entered an order granting my application to appear in this case *Pro Hace Vice*. I am one of the attorneys for Plaintiff Glenn Wurdemann and make this declaration in support of Plaintiff's motion to extend the class discovery deadline and continue the hearing on Plaintiff's anticipated motion for class certification.

2. If called as a witness, I would testify competently to the matters herein from personal knowledge.

3. Attached as <u>Exhibit A</u> is the Scheduling order entered by this Court on April 13, 2015, and attached as <u>Exhibit B</u> is the Civil-Minute Order entered by this Court on April 13, 2015.

4. Attached as <u>Exhibit C</u> is a transcript of the scheduling proceedings before Judge Virginia A. Phillips on April 13, 2015.

5.

6. On April 29, 2015, Plaintiff promptly served each Defendant with discovery requests including requests to admit, interrogatories and document requests.

7. On May 1, 2015 Plaintiff file a Motion for Protective Order to conduct Plaintiff's deposition on a mutually agreeable date. (<u>Exhibit D</u>, Plaintiff's Motion for Protective Order)

8. Attached as Exhibit E is a copy of Defendants' Opposition to Plaintiff's Motion for Protective Order.

9. On May 20, 2015, the parties held a telephone conference with Magistrate Judge Pym during which conference Magistrate Judge Pym directed the parties to meet and confer in an effort to reach a mutually agreeable schedule for conducting both Plaintiff's deposition and Defendants' deadline for responding to Plaintiff's discovery requests.

10. Attached as Exhibit F is the Joint Report filed by the parties in an effort to resolve the scheduling of Plaintiff's deposition and the deadline for Defendants' to respond to discovery.

11. During the parties meet and confer, defense counsel Sean Flynn represented that following Plaintiff's deposition he would be in Hong Kong and would be unable to respond to discovery until July 17, 2015.

12. Plaintiff was deposed on June 26, 2015.

13. Defendants served their discovery responses on July 17, 2015 and the verifications for their interrogatory responses on July 21, 2015.

14. Attached as Exhibit G is the August 21, 2015, I sent a letter to defense counsel pursuant to Fed.R.Civ.P. 37 in an attempt to resolve several discovery disputes, including Defendant's refusal to provide class information.

15. On August 24, 2015, I sent defense counsel an email explaining that Plaintiff would be noticing the depositions of Meghan Emmerich and Scott Carroll. I requested

proposed dates from defense counsel and indicated that Plaintiff would otherwise be noticing the depositions for September 10, 2015. (Exhibit H, August 24, 2015 email to Sean Flynn).

16. Defense counsel did not respond to my email, nor did defense counsel object to the proposed date of September 10, 2015.

17. Attached as Exhibit I is the Notice of Deposition, setting the Emmerich deposition for September 10, 2015, in Nevada and the Carroll deposition for September 11, 2015, in South Carolina.

18. Attached as Exhibit J is the Confirmation of Deposition served on September 10, 2015.

19. Attached as Group Exhibit K, which represents a series of emails between counsel regarding the scheduling of Mr. Carroll's and Ms. Emmerich's deposition.

20. Attached as Exhibit L is a "rough draft" of the deposition transcript from the Carroll Deposition which took place on September 18, 2015 in Irvine California.

21. Attached as Exhibit M is a "rough draft" of the deposition transcript from the Emmerich Deposition which was scheduled to take place on September 23, 2015.

22. Attached as Group Exhibit N is a series of emails between counsel confirming their agreement to enter into a stipulation to take the Carroll and Emmerich Deposition after the September 15, 2015 class discovery deadline.

23. Attached as Group Exhibit O are a series of email communications between counsel regarding the entry of a proposed stipulated protective order.

24. Attached as Exhibit P is an email confirmation from Cassandra P. Miller to Evan Rothman confirming our meet and confer from September 23, 2015.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: September 23, 2015                             /s/ Cassandra P. Miller

Barak J. Berlin
Daniel A. Edelman
James O. Latturner
Cassandra P. Miller

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on September 23, 2015, the foregoing document was served via facsimile and filed electronically, and notification of such filing was served via the Court's CM/ECF system upon the following:

SEAN P. FLYNN (*sflynn@gordonrees.com*)

EVAN ROTHMAN (*erothman@gordonrees.com)*

GORDON & REES LLP

2211 Michelson Drive Suite 400

Irvine, CA 92612

/s/Cassandra P. Miller
Cassandra P. Miller