BARAK J. BERLIN (SBN: 216115)
Law Offices of Barak Berlin
Barak@BerlinLawGroup.com
27349 Jefferson Ave, Ste 208
Temecula, CA 92590
Telephone: (951) 296-6188
Facsimile: (951) 296-6187

DANIEL A. EDELMAN (Ill. 0712094)
dedelman@edcombs.com
JAMES O. LATTURNER (Ill. 1588095)
jlatturner@edcombs.com
CASSNDRA P. MILLER (Ill. 6290238)
cmiller@edcombs.com
EDELMAN COMBS LATTURNER & GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| GLENN WURDEMANN, for himself and all those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FIRST NATIONAL COLLECTION BUREAU INC., et. al.,<br><br>　　　　　Defendants. | Case No. 5:14-cv-02075-VAP (SPX)<br><br>**DISCOVERY MATTER**<br>**NOTICE OF MOTION AND MOTION COMPEL FURTHER RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS**<br><br>**Noticed Before:** Magistrate Judge Sheri Pym<br>**Date and Time:** October 20, 2015 10:00 AM<br>**Complaint Filed:** October 9, 2014<br>**Class Discovery cutoff:** September 15, 2015<br>**Pretrial Conference date:** None set<br>**Trial date:** None set |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 20, 2015 at 10:00 a.m., before the Honorable Sheri Pym in Courtroom ¾ 3rd Floor of the United States District Court for the Central District of California, Plaintiff Glenn Wurdemann will move and hereby does move for an order granting Plaintiff's Motion to Compel Defendant to provide further responses to Plaintiff's First Set of Discovery Requests.

The motion is made pursuant to Local Rule 37-1 and is based upon this notice, the Joint Stipulation on the Motion, the declarations of Cassandra P. Miller and attached exhibits, any supplemental memorandum filed under Local Rule 37-2.3, and such arguments of counsel as may be presented at the hearing.

1
2
3  DATED: September 24, 2015
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

**EDELMAN COMBS LATTURNER & GOODWIN, LLC**

By:  /s/Cassandra P. Miller
Daniel A. Edelman
James O. Latturner
Cassandra P. Miller
Attorneys for Plaintiff
GLENN WURDERMANN

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on September 24, 2015, the foregoing document was filed electronically, and notification of such filing was served via the Court's CM/ECF system upon the following:

SEAN P. FLYNN (*sflynn@gordonrees.com*)

GORDON & REES LLP

2211 Michelson Drive Suite 400

Irvine, CA 92612

/s/Cassandra P. Miller
Cassandra P. Miller