SEAN P. FLYNN  (SBN: 220184)
sflynn@gordonrees.com
EVAN M. ROTHMAN  (SBN: 271313)
erothman@gordonrees.com
**GORDON & REES LLP**
2211 Michelson Drive Suite 400
Irvine, CA 92612
Telephone:  (949) 255-6950
Facsimile:  (949) 474-2060

Attorneys for Defendants
FIRST NATIONAL COLLECTION BUREAU, INC.,
LVNV FUNDING LLC, RESURGENT CAPITAL
SERVICES LP AND ALEGIS GROUP, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN WURDEMANN, for himself and all those similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC., LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES LP, and ALEGIS GROUP LLC,<br><br>　　　　　　　　　　Defendants. | CASE NO.:  5:14-cv-02075 VAP (SPx)<br><br>**RULE 68 OFFER OF JUDGMENT**<br><br>Complaint Filed: October 9, 2014<br>Trial Date:　　　None Set |

///
///
///
///
///
///
///
///

-1-
OFFER OF JUDGMENT

**TO PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants FIRST NATIONAL COLLECTION BUREAU, INC., LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES LP and ALEGIS GROUP, LLC ("Defendants"), offers on behalf of themselves, and no other, to allow judgment to be taken against them in this action in the amount of $4,004 in damages, plus reasonable attorney fees and costs incurred to be determined by the Court, unless the parties agree to such an amount otherwise.

This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiff has sustained any damage.

If you accept this offer within the statutory time period allowed, you shall file the notice of acceptance of the offer with the Court. The Clerk of the Court will then enter a final judgment in this action that conforms to the terms set out in this offer and the Court's order on the attorney fees and costs petition.

If you fail to accept the offer within the statutory time period allowed, it shall be deemed withdrawn.

DATED: September 29, 2015     **GORDON & REES LLP**

By:  *s/Sean P. Flynn*
Sean P. Flynn
Evan M. Rothman
Attorneys for Defendant
FIRST NATIONAL COLLECTION BUREAU, INC., LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES LP, and ALEGIS GROUP LLC

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

-2-
OFFER OF JUDGMENT

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I the undersigned, certify and declare that I am over the age of 18 years, and am an employee of Gordon & Rees LLP, 2211 Michelson Drive, Suite 400, Irvine, California 92612.

On **September 29, 2015** and pursuant to FRCP 5(b), I served a true and correct of the foregoing **RULE 68 OFFER OF JUDGMENT** on the parties below by United States mail and email addressed as follows to:

| | |
|---|---|
| Barak Berlin<br>Law Offices of Barak Berlin<br>27349 Jefferson Ave., Suite 208<br>Temecula, CA  92590<br>(951) 296-6188<br>Fax (951) 296-6187<br>barak@berlinlawgroup.com | *Attorney for Plaintiff*<br>*Glenn Wurdemann* |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Cassandra P. Miller<br>Edelman, Combs, Latturner & Goodwin LLC<br>20 South Clark Street, Suite 1500<br>Chicago, IL  60603<br>(312) 739-4200<br>Fax (312) 419-0379<br>dedelman@edcombs.com<br>ccombs@edcombs.com<br>jlatturner@edcombs.com<br>cmiller@edcombs.com | *Attorney for Plaintiff*<br>*Glenn Wurdemann* |

I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2015, at Irvine, California.

_____
Leslie M. Handy