BARAK J. BERLIN (SBN: 216115)
Law Offices of Barak Berlin
Barak@BerlinLawGroup.com
27349 Jefferson Ave, Ste 208
Temecula, CA 92590
Telephone: (951) 296-6188
Facsimile: (951) 296-6187

DANIEL A. EDELMAN (Ill. 0712094)
dedelman@edcombs.com
JAMES O. LATTURNER (Ill. 1588095)
jlatturner@edcombs.com
CASSNDRA P. MILLER (Ill. 6290238)
cmiller@edcombs.com
EDELMAN COMBS LATTURNER & GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| GLENN WURDEMANN, for himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL COLLECTION BUREAU INC., et. al.,<br><br>Defendants. | Case No. 5:14-cv-02075-VAP (SPX)<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>**Complaint Filed:** October 9, 2014<br>**Courtroom:** 2<br>**Judge:** Virginia A. Phillips |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Glenn Wurdemann hereby accepts Defendants' Rule 68 Offer of Judgment served upon Plaintiff and attached hereto as <u>Exhibit A</u>.

Dated: October 2, 2015

                                                  Respectfully submitted,

                                                  <u>/s/Cassandra P. Miller</u>
                                                  Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St. Ste 1500
Chicago IL, 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on October 2, 2015, the foregoing document, Notice of Acceptance of Offer of Judgment and accompanying Exhibit A, was served via email and filed electronically, and notification of such filing was served via the Court's CM/ECF system upon the following:

SEAN P. FLYNN (*sflynn@gordonrees.com*)
EVAN ROTHMAN (*erothman@gordonrees.com)*
GORDON & REES LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

/s/Cassandra P. Miller
Cassandra P. Miller