BARAK J. BERLIN (SBN: 216115)
Law Offices of Barak Berlin
Barak@BerlinLawGroup.com
27349 Jefferson Ave, Ste 208
Temecula, CA 92590
Telephone: (951) 296-6188
Facsimile: (951) 296-6187

DANIEL A. EDELMAN (Ill. 0712094)
dedelman@edcombs.com
CASSANDRA P. MILLER (Ill. 6290238)
cmiller@edcombs.com
EDELMAN COMBS LATTURNER & GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| GLENN WURDEMANN, for himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL COLLECTION BUREAU INC., et. al.,<br><br>Defendants. | Case No. 5:14-cv-02075-VAP (SPX)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS**<br><br>**Date of Hearing:** Tuesday, October 20, 2015<br>**Time:** 10:00 AM<br>**Courtroom:** 3rd Floor<br>**Judge:** Magistrate Judge Sheri Pym |

## **WITHDRAWAL OF MOTION**

On September 24, 2015, Plaintiff Glenn Wurdemann filed his motion to Compel Further Responses to Plaintiff's First Discovery Requests. Defendants responded on August 28, 2015. The motion is set for hearing on October 20, 2015 at 10:00 a.m. On October 2, 2015, Plaintiff filed a notice of acceptance of Offer of Judgment.

Based on the acceptance of offer of judgment, Plaintiff withdraws his motion to Compel Further Responses to Plaintiff's First Discovery Requests.

**CERTIFICATE OF SERVICE**

I, Cassandra P. Miller, hereby certify that on October 7, 2015, the foregoing document, Notice of Withdrawal of motion to Compel Further Responses to Plaintiff's First Discovery Requests, was filed electronically, and notification of such filing was served via the Court's CM/ECF system upon the following:

SEAN P. FLYNN (*sflynn@gordonrees.com*)

EVAN ROTHMAN (*erothman@gordonrees.com*)

GORDON & REES LLP

2211 Michelson Drive Suite 400

Irvine, CA 92612

/s/Cassandra P. Miller

Cassandra P. Miller