BARAK J. BERLIN (SBN: 216115)
Law Offices of Barak Berlin
Barak@BerlinLawGroup.com
27349 Jefferson Ave, Ste 208
Temecula, CA 92590
Telephone: (951) 296-6188
Facsimile: (951) 296-6187

DANIEL A. EDELMAN (Ill. 0712094)
dedelman@edcombs.com
JAMES O. LATTURNER (Ill. 1588095)
jlatturner@edcombs.com
CASSNDRA P. MILLER (Ill. 6290238)
cmiller@edcombs.com
EDELMAN COMBS LATTURNER & GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GLENN WURDEMANN, for himself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL COLLECTION BUREAU INC., et. al.,<br><br>Defendants. | Case No. 5:14-cv-02075-VAP (SPX)<br><br>**JUDGMENT AS TO PLAINTIFF AWARD**<br><br>**Complaint Filed:** October 9, 2014<br>**Courtroom:** 2<br>**Judge:** Virginia A. Phillips |

1

**JUDGMENT AS TO PLAINTIFF AWARD**

Pursuant to the Notice of Acceptance of Rule 68 of the Federal Rules of Civil Procedure, Offer of Judgment, filed by Plaintiff on October 2, 2015, the Court hereby enters judgment against Defendants FIRST NATIONAL COLLECTION BUREAU, INC., LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES LP and ALEGIS GROUP, LLC ("Defendants") and in favor of Plaintiff, in the amount of $4,004.  Plaintiff will file a petition for attorney fees and costs with fourteen (14) days of the date of the judgment order.

IT IS SO ORDERED

Date: _____

                                                                    _____
                                                                    Judge Virginia A. Phillips

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on October 9, 2015, the foregoing document was served via electronic mail and filed electronically, and notification of such filing was served via the Court's CM/ECF system upon the following:

SEAN P. FLYNN (*sflynn@gordonrees.com*)

EVAN ROTHMAN (*erothman@gordonrees.com)*

GORDON & REES LLP

2211 Michelson Drive Suite 400

Irvine, CA 92612

/s/Cassandra P. Miller

Cassandra P. Miller

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 5:14-cv-02075-VAP-SP Document 66 Filed 10/09/15 Page 4 of 4 Page ID #:1883