SEAN P. FLYNN (SBN: 220184)
*sflynn@gordonrees.com*
EVAN M. ROTHMAN (SBN: 271313)
*erothman@gordonrees.com*
**GORDON & REES LLP**
2211 Michelson Drive Suite 400
Irvine, CA 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

Attorneys for Defendants
FIRST NATIONAL COLLECTION BUREAU, INC., LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES LP AND ALEGIS GROUP, LLC

**Gordon & Rees LLP**
**2211 Michelson Drive Suite 400**
**Irvine, CA 92612**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GLENN WURDEMANN, for himself and all those similarly situated,

Plaintiff,

vs.

FIRST NATIONAL COLLECTION BUREAU, INC., LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES LP, and ALEGIS GROUP LLC,

Defendants.

CASE NO.: 5:14-cv-02075 VAP (SPx)

**OBJECTION TO PLAINTIFF'S PROPOSED JUDGMENT AS TO PLAINTIFF AWARD [ECF 66]**

Complaint Filed: October 9, 2014
Trial Date: None Set

///

///

///

///

///

///

///

///

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

**TO THIS HONORABLE COURT, PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD:**

Defendants FIRST NATIONAL COLLECTION BUREAU, INC., LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES LP and ALEGIS GROUP, LLC ("Defendants") hereby object to Plaintiff's proposed Judgment as to Plaintiff Award (Docket No. 66) ("Proposed Judgment"). The Proposed Judgment was filed with the Court following Plaintiff's acceptance of Defendants Rule 68 Offer of Judgment ("OOJ"). Under the terms of the OOJ, however, no judgment may be entered by the Court until the issue of Plaintiff's reasonable attorneys' fees and costs has been resolved between the Parties or determined by the Court.

Indeed, the OOJ states: "If you accept this offer within the statutory time period allowed, you shall file the notice of acceptance of the offer with the Court. The Clerk of the Court will then enter a final judgment in this action that conforms to the terms set out in this offer and the Court's order on the attorney fees and costs petition." (Docket No. 63.) The Court has not issued an order on the attorneys' fees and costs petition. In fact, Plaintiff has yet to even file a petition for attorneys' fees and costs.

The OOJ further states that Defendants offer to "allow judgment taken against them in this action in the amount of $4,004 in damages, plus reasonable attorney fees and costs incurred to be determined by the Court, unless the parties agree to such an amount otherwise." Again, the Court has not made a determination regarding the attorneys' fees and costs. Defendants have made numerous attempts to reach a resolution with Plaintiff regarding the attorneys' fees and costs, but Plaintiff has refused to provide any backup documentation to support his claimed fees and costs. Defendants remain willing to negotiate the attorneys' fees and costs with Plaintiff.

///

///

///

///

///

///

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

In any event, the terms of the OOJ are clear—judgment cannot be entered against Defendants until there is a resolution or determination by the Court regarding the reasonable amount of attorneys' fees and costs incurred by Plaintiff. As such, the Proposed Judgment is improper and should be disregarded by the Court.

DATED: October 22, 2015

**GORDON & REES LLP**

By: *s/Sean P. Flynn*
Sean P. Flynn
Evan M. Rothman
Attorneys for Defendant
FIRST NATIONAL COLLECTION BUREAU, INC., LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES LP, and ALEGIS GROUP LLC

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I the undersigned, certify and declare that I am over the age of 18 years, and am an employee of Gordon & Rees LLP, 2211 Michelson Drive, Suite 400, Irvine, California 92612.

On **October 22, 2015** and pursuant to FRCP 5(b), I served a true and correct of the foregoing **OBJECTION TO PLAINTIFF'S PROPOSED JUDGMENT AS TO PLAINTIFF AWARD [ECF 66]** on the parties below by United States mail and email addressed as follows to:

| | |
|---|---|
| Barak Berlin<br>Law Offices of Barak Berlin<br>27349 Jefferson Ave., Suite 208<br>Temecula, CA 92590<br>(951) 296-6188<br>Fax (951) 296-6187<br>barak@berlinlawgroup.com | *Attorney for Plaintiff Glenn Wurdemann* |
| Daniel A. Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Cassandra P. Miller<br>Edelman, Combs, Latturner & Goodwin LLC<br>20 South Clark Street, Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200<br>Fax (312) 419-0379<br>dedelman@edcombs.com<br>ccombs@edcombs.com<br>jlatturner@edcombs.com<br>cmiller@edcombs.com | *Attorney for Plaintiff Glenn Wurdemann* |

I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 22, 2015, at Irvine, California.

Leslie M. Handy

1101958/25453947v.1