JS-6

# anUnited States District Court
## Central District of California

FILED
CLERK, U.S. DISTRICT COURT
AUG 03, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

| | |
|---|---|
| Glenn Wurdemann,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>First National Collection Bureau Inc<br>　et al.,<br><br>　　　　　　Defendants. | EDCV 14-2075-VAP (SPx)<br><br>**Judgment as to Plaintiff Award** |

　　　Pursuant to the Notice of Acceptance of Offer of Judgment under Federal Rule of Civil Procedure 68 filed by Plaintiff Glenn Wurdemann ("Plaintiff") on October 2, 2015 (Doc. 64), the Court hereby enters judgment against Defendants First National Collection Bureau, Inc., LVNV Funding LLC, Resurgent Capital Services SP, and Alegis Group, LLC ("Defendants") and in favor of Plaintiff, in the amount of $4,004.  Plaintiff shall file a motion for attorneys' fees and costs ("motion") within fourteen (14) days of the date of this Order.  An Amended Judgment will be issued consistent with the Court ruling on Plaintiff's motion.

　　　**IT IS SO ORDERED.**

Dated:　　8/3/16　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge